AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN        DISTRICT OF        CALIFORNIA

### APPEARANCE

Case Number: 08mj8404

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

ANASTACIO GOMEZ-SANCHEZ

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 5/27/2008 | /s/ John C. Ellis, Jr. |
| Date | Signature |
| | John C. Ellis, Jr. / Federal Defenders of SD     228083 |
| | Print Name                                       Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City          State          Zip Code |
| | (619) 234-8467           (619) 687-2666 |
| | Phone Number              Fax Number |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ANASTACIO GOMEZ-SANCHEZ, )<br>)<br>Defendant. )<br>_____ ) | Case No. 08mj8404 |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Notice of Appearance has been electronically served this day upon:

    United States Attorney's Office
    880 Front Street
    San Diego, CA  92101

Dated:  May 27, 2008                      _/s/ John C. Ellis, Jr._
                                                      JOHN C. ELLIS, JR.
                                                      Federal Defenders
                                                      225 Broadway, Suite 900
                                                      San Diego, CA 92101-5030
                                                      (619) 234-8467  (tel)
                                                      (619) 687-2666  (fax)
                                                      john_ellis@fd.org