```
                                        FILED
                                      JUN 19 2008
                              CLERK, U.S. DISTRICT COURT
                            SOUTHERN DISTRICT OF CALIFORNIA
                            BY   EF                 DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR2079-JLS |
| Plaintiff, ) | **I N F O R M A T I O N** |
| v. ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |
| ANASTACIO GOMEZ-SANCHEZ, ) | |
| Defendant. ) | |

The United States Attorney charges:

On or about May 10, 2008, within the Southern District of California, defendant ANASTACIO GOMEZ-SANCHEZ, did knowingly and intentionally import approximately 45.40 kilograms (99.88 pounds) of Marijuana (gross weight), a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: June 19, 2008.

KAREN P. HEWITT
United States Attorney

W. MARK CONOVER
Assistant U.S. Attorney

WMC:jam:Imperial
6/19/08